IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| LINDA L. SCOTT | § | PLAINTIFF |
| | § | |
| v. | § | Civil No. 1:09CV212-HSO-JMR |
| | § | |
| CABLE ONE, INC. | § | DEFENDANT |

**ORDER GRANTING JOINT MOTION TO STAY
AND PLACING CASE ON SUSPENSION TRACK**

BEFORE THE COURT is the parties' Joint Motion to Stay Case filed June 27, 2011 [54-1], in the above-captioned cause. The parties submit that similar antitrust issues are currently pending in numerous courts throughout the country. These cases include: *In Re Comcast Corp. Set-Top Cable Television Box Antitrust Litigation,* Cause No. 2:09-md-02034-AB, pending in the Eastern District of Pennsylvania; *In Re MDL 2048 Cox Enterprises, Inc. Set-Top Cable Television Box Antitrust Litigation,* Cause No. 5:09-ML-02048-C, pending in the Western District of Oklahoma; *Marchese v. Cablevision Systems, Corp.,* Cause No. 2:10-cv-02190, pending in the District Court of New Jersey; and the appeal of *In Re Time Warner Inc. Set-Top Cable Television Box Antitrust Litigation,* Cause No. 1:08-MD-01995, pending in the Second Circuit Court of Appeals. The parties jointly represent that resolution of the issues raised in the above captioned causes, by the aforementioned courts, will likely provide guidance for resolution of many of the issues presented in this case.

The Court has reviewed the pleadings on file and the relevant legal authorities, and concludes that this case should be removed from the active docket

and placed on the suspension track.  All proceedings in this cause, including motion resolution, additional discovery and disclosures, are stayed until further order of the Court.  Upon resolution of these cases or at such time as this area of antitrust law is more fully developed, the parties must contact Chief United States Magistrate Judge John Roper for resetting of the pertinent deadlines in this case.  Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the Joint Motion to Stay Case filed June 27, 2011 [54-1], should be and hereby is **GRANTED.** Pursuant to the parties' agreement, on or before December 23, 2011, the parties' shall contact Chief United States Magistrate Judge John Roper with a status report and/or in order for this matter to be reset on the Court's docket.

**IT IS, FURTHER ORDERED AND ADJUDGED**, that, all pending motions are hereby **DENIED WITHOUT PREJUDICE,** with leave to reassert once the stay if lifted and/or the case is reinstated on the active docket.

**IT IS, FURTHER ORDERED AND ADJUDGED**, that, the Court finds that there is no reason to maintain the file as open one for statistical purposes and this case should be closed for statistical purposes until such time as the parties submit their status reports or otherwise apprise the Court.

**SO ORDERED AND ADJUDGED**, this the 28th day of June, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE